UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*Plaintiff*

versus                                          CIVIL ACTION NO. 09-815-FJP-CN

LAWANDA CLARK

*Defendant*

## ORDER

Considering the parties' *Joint Motion for Entry of Consent Judgment* (Rec. Doc. 5), and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, this 12th day of Nov., 2009.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE